1
2
3
4
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT
9                            FOR THE EASTERN DISTRICT OF CALIFORNIA
10  WALTER JAMES DAILY,
11           Petitioner,                      No. CIV S-09-2173 KJM P
12      vs.
13  GOVERNOR SCHWARTZNEGGER,
14           Respondent.                      <u>ORDER</u>
15  _____/
16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of
17  habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma
18  pauperis.  This court will not rule on petitioner's request to proceed in forma pauperis.
19           Petitioner is incarcerated in California State Prison, Lancaster and was convicted
20  in Los Angeles County.  Both California State Prison, Lancaster and Los Angeles County are in
21  an area embraced by the United States District Court for the Central District of California.
22           Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the
23  district of confinement have concurrent jurisdiction over applications for habeas corpus filed by
24  state prisoners.  Because petitioner was not convicted in this district, and is not presently
25  confined here, this court does not have jurisdiction to entertain the application.
26  /////

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. This court has not ruled on petitioner's request to proceed in forma pauperis;

3  2. This matter is transferred to the United States District Court for the Central District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED: August 13, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
dail2173.108b

2