# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER JAMES DAILY, | NO. CV 09-5934 RSWL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GOVERNOR SCHWARTZNEGGER, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: August 25, 2009.

HONORABLE RONALD S.W. LEW
SENIOR U.S. DISTRICT COURT JUDGE